IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY BLAKE, ADMINISTRATOR OF THE ESTATE OF ARLENE BLAKE<br>Plaintiff,<br><br>v.<br><br>MAIN LINE HOSPITALS, INC., d/b/a LANKENAU MEDICAL CENTER AND LANKENAU HOSPITAL, et al.,<br>Defendants. | CIVIL ACTION<br><br>NO. 12-3456 |

## ORDER

**AND NOW**, this _____ day of April, 2014, upon consideration of Defendants' Main Line Hospitals, Inc. d/b/a Lankenau Medical Center and Lankenau Hospital, and Main Line Health, Inc. d/b/a Main Line Health System's motion for partial summary judgment (Doc. 43), and Plaintiff's Response in Opposition thereto (Doc. 44), **IT IS HEREBY ORDERED AND DECREED** that Defendants' motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, C.J.**